John M. Carlson, Appellant, v. Walter J. Hassis et al.,
Appellees.

Gen. No. 18,414.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. THEO-
DORE BRENTANO, Judge, presiding. Heard in the Branch Appellate
Court at the March term, 1912. Affirmed. Opinion filed December
31, 1913.

### Statement of the Case.

Bill filed by John M. Carlson against Walter J.
Hassis and Julius E. Levine to set aside the sale of
certain shares of stock alleged to have been sold by
complainant to defendants upon the latter's false rep-
resentations as to the profits of the corporation. From
a decree dismissing the bill for want of equity, com-
plainant appeals.

CASTLE, WILLIAMS, LONG & CASTLE, for appellant.

MAYER, MEYER, AUSTRIAN & PLATT, for appellee,
Walter J. Hassis.

MR. JUSTICE BAUME delivered the opinion of the
court.

### Abstract of the Decision.

1. CORPORATIONS, § 147*—*when sale of shares of stock will not be
set aside.* On bill to set aside the sale of certain shares of stock for
misrepresentations made by the buyer as to the amount of profits
earned by the corporation, a decree dismissing the bill for want of
equity sustained, the evidence being conflicting with reference to
whether the representations were made and it appearing that the
defendants sustained no fiduciary relation to the complainant.

2. WITNESSES, § 257*—*when evidence of proceedings in bank-
ruptcy not admissible to discredit testimony of witness.* For the
purpose of discrediting the testimony of a witness, a petition for
such witness' discharge in bankruptcy, the report of the referee re-

fusing such discharge and a transcript of his testimony on the hearing of objections to such discharge, *held* inadmissible where the proceedings in bankruptcy were had long prior to the transaction in controversy and had no relation to any proper subject of inquiry in the case.

## American Musicians Union of North America, Appellant, v. Chicago Federation of Musicians, Local No. 10, A. F. of M. et al., Appellees.

### Gen. No. 18,445. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed December 31, 1913.

### Statement of the Case.

Petition by American Musicians Union of North America against Chicago Federation of Musicians, Local No. 10, American Federation of Musicians, Joseph F. Winkler and certain other officers and members of the federation for a rule upon defendants to show cause why they should not be punished for contempt for violating a certain decree which enjoined the defendants from interfering with, hindering or obstructing the members of complainant's organization in obtaining or retaining employment as musicians, by representing to employers that members of complainant's organization are nonunion men, so as to cause employers to fear the opposition of defendants, or organized labor. From an order entered discharging the rule and dismissing the petition, petitioner appeals.

MABIE & CONKEY, for appellant.

JOHN S. HUMMER, for appellees.